# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: '21 MJ0071 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21 U.S.C. §§ 952 and 960 |
| Tamar Ilikea Ho, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about January 09, 2021, within the Southern District of California, Tamar Ilikea Ho, did knowingly and intentionally import 500 grams and more, to wit: approximately 17.90 kilograms (39.46 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

David Owen
Special Agent
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 11th of January 2021.

Honorable Allison H. Goddard
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent David Owen, declare under penalty of perjury, the following is true and correct:

On January 09, 2021, at approximately 10:20 PM, Tamar Ilikea HO, ("HO"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle primary lane #25. HO was the driver and sole occupant of a black 2020 Volkswagen Jetta ("the vehicle") bearing California license plates.

A Canine Enforcement Officer was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the speaker box sitting inside of the trunk compartment of the vehicle.

A Customs and Border Protection (CBP) Officer operating the Z-Portal X-Ray machine detected anomalies in the speaker box of the vehicle.

Further inspection of the vehicle resulted in the discovery of 34 packages concealed in the speaker box in the trunk of the vehicle, with a total approximate weight of 17.90 kgs (39.46 lbs). A sample of the substance contained within the packages field-tested positive for the characteristics of methamphetamine.

HO was placed under arrest at approximately 1:10 AM.

1

During a post-Miranda interview, HO denied knowledge that the narcotics were in the vehicle. HO stated that she was asked to drive a vehicle that belonged to an associate of her friend's boyfriend, from Mexico into the United States.

HO was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance. HO is scheduled to be booked into the Western Region Detention Facility.

Executed on January 10, 2021, at 01:45 PM.

*David Owen*

David Owen, HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of 02 pages, I find probable cause to believe the defendant, Tamar Ilikea HO, named in this probable cause statement, committed the offense on January 09, 2021, in violation of Title 21 USC 952 and 960, Unlawful Importation of a Controlled Substance.

*Allison H. Goddard*

Hon. Allison H. Goddard

United States Magistrate Judge

2:03 PM, Jan 10, 2021

Date/Time

2